[No. 53858-6-I.   Division One.   September 19, 2005.]

*In the Matter of Detention of* ARTHUR SMITH, JR.

THE STATE OF WASHINGTON, *Respondent,* v.
ARTHUR SMITH, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-19773-4, Terry Lukens, J., entered January 30, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Appelwick, A.C.J., and Cook, J. Pro Tem. Now published at 130 Wn. App. 104.

[No. 54102-1-I.   Division One.   September 19, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. R.A., *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-00527-9, Steven J. Mura, J., entered March 29, 2004. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox, C.J., and Becker, J.

[No. 54203-6-I.   Division One.   September 19, 2005.]

*In the Matter of the Marriage of* ZULFIYA SHEYNKMAN,
*Respondent,* and KIRILL SHEYNKMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-3-06572-6, Michael J. Fox, J., entered April 29, 2004. *Affirmed* by unpublished opinion per Appelwick, A.C.J., concurred in by Coleman, J, and Cook, J. Pro Tem.

[No. 54233-8-I.   Division One.   September 19, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY JOSEPH
ALEXANDER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-03761-0, Charles W. Mertel, J., entered April 1, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Grosse and Ellington, JJ.